# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (Petty / Misdemeanor Offenses) |
| V. | |
| | Case Number: DNCW310PO000001-001 |
| Raun Michael Brissenden | |
| | USM Number: |
| | Elizabeth Blackwood & Rahwa Gebre-Egziabher |
| | Defendant's Attorney |

**THE DEFENDANT:**

 X    pleaded guilty to count(s) 1
 __   Pleaded guilty to violation(s)
 __   Pleaded not guilty to count(s)
 __   Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:113(a)(5) | Assault within special maritime or territorial jurisdiction | 04/29/10 | 1 |

 __   Counts(s) (is)(are) dismissed on the motion of the United States.
 __   Violation Notice(s) (is)(are) dismissed on the motion of the United States.
 __   Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. SIX (6) MONTHS Probation with TWO (2) MONTHS Active Supervision + $500 Fine + $10 Assessment.
   *Defendant is to receive credit for the time served under pretrial supervision against the active probation term.*

2. Defendant shall submit to DRUG SCREENING within 15 days of Sentence.

3. Defendant shall continue MENTAL HEALTH TREATMENT.

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: 06/10/10

_____
David S. Cayer
United States Magistrate Judge

Date Signed:  June 10, 2010

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

 Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal